

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

March 17, 2022

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Tavarez v. Akervall Technologies, Inc..*, <u>Case No. 1:21-cv-9895 (RA)</u>

Dear Judge Abrams:

  We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced class action In accordance with this Court's Individual Rules and Practices in Civil Cases Rule 1(D), we respectfully write to request an extension to oppose Defendant's motion to dismiss, filed March 8, 2022. *See* Docket No. 22. Plaintiff respectfully requests an additional 30 days to file the opposition, with a reasonable period for Defendant to file its reply to follow. Plaintiff's opposition was original due on March 23, 2022. This is Plaintiff's first request for an extension and is made on consent.

              Respectfully submitted,
              <u>/s/ William J. Downes</u>
              William J. Downes, Esq.

Cc: All Counsel of Record (via ECF)

Application granted.

Plaintiff's opposition to Defendant's motion to dismiss shall be filed on or before April 25, 2022.  Defendant's reply shall be filed no later than May 16, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
03/18/2022